UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSHUA KLEIN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 14-cv-13634-IT |
| | * | |
| EXPERIAN, | * | |
| | * | |
| Defendant. | * | |

ORDER OF DISMISSAL

May 18, 2015

TALWANI, D.J.

On April 27, 2015, the court ordered Plaintiff to show cause by May 13, 2015, why this case should not dismissed for lack of timely service. See Order Show Cause [#6]. Plaintiff has not filed any response with the court. Accordingly, pursuant to Federal Rule of Civil Procedure 4(m) and Local Rule 4.1(b), it is hereby ordered that this case is dismissed without prejudice. See Fed. R. Civ. P. 4(m) ("If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."); Local Rule 4.1(b) ("If on the 14th day following the expiration of the 120 day period good cause has not been shown [for the failure to make timely service] . . . the clerk shall forthwith automatically enter an order of dismissal. . . .").

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge